The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF ST. CLAIR SHORES POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

MICROSOFT CORPORATION, SATYA NADELLA, AMY E. HOOD, JARED SPATARO, AND RAJESH JHA,

Defendants.

No. C26-2071-SKV

STIPULATION REGARDING SERVICE AND SCHEDULING AND [~~PROPOSED~~] ORDER

NOTED FOR HEARING:
July 8, 2026

WHEREAS, on June 12, 2026, Plaintiff City of St. Clair Shores Police and Fire Retirement System ("Plaintiff") filed a putative class action complaint (the "Complaint") (Dkt. No. 3) in the above-captioned action ("Action") against Defendants Microsoft Corporation, Satya Nadella, Amy E. Hood, Jared Spataro, and Rajesh Jha (collectively, "Defendants," and, together with Plaintiff, the "Parties");

WHEREAS, the Complaint asserts claims under the Securities Exchange Act of 1934 ("Exchange Act"), and the Action is therefore governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, et seq.;

WHEREAS, the PSLRA provides, inter alia: (i) that plaintiffs bringing class action claims under the Exchange Act must publish a notice (the "Notice") within 20 days of the class action's filing, advising members of the putative class of the pendency of the action and that any



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

member of the putative class may move the Court to serve as lead plaintiff of the putative class within 60 days after the Notice is published; and (ii) a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class;

WHEREAS, on June 12, 2026, counsel for Plaintiff caused the statutorily required Notice of this Action to be published pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), advising members of the putative class of the pendency of the Action and that they have until August 11, 2026—i.e., sixty (60) days from the date of the Notice's publication—to file a motion to be appointed as lead plaintiff;

WHEREAS, accordingly, by August 11, 2026, Plaintiff or other members of the putative class may move this Court to serve as lead plaintiff(s) and for their chosen counsel to be appointed as lead counsel on behalf of the putative class;

WHEREAS, the Parties anticipate that, upon the entry of an Order by the Court pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(i), appointing one or more lead plaintiffs and lead counsel (the "Lead Plaintiff Order"), the Court-appointed lead plaintiff(s) may seek to file an amended complaint; and

WHEREAS, accordingly, counsel for the Parties believe that an answer or motion responding to the initial Complaint would be premature prior to the entry of the Lead Plaintiff Order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties, as follows:

1. The undersigned counsel for Defendants is authorized to, and hereby does, accept service of the summons and the Complaint in this Action on behalf of all Defendants, without waiver of, or prejudice to, any of their rights or defenses, including, but not limited to, with respect to personal jurisdiction, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons.

2. Defendants shall have no obligation to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to, the initial Complaint.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. Lead plaintiffs shall file an amended complaint or designate the initial Complaint as the operative complaint within sixty (60) days of the Court's entry of a Lead Plaintiff Order.

4. Defendants will answer or otherwise respond to the operative complaint sixty (60) days after lead plaintiffs file or designate the operative complaint. If Defendants respond to the operative complaint by filing a motion to dismiss, lead plaintiffs will file an opposition to the motion sixty (60) days after the motion is filed, and Defendants will file a reply in further support of their motion thirty (30) days after lead plaintiffs file their opposition to the motion.

5. Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

6. There have been no requests for an extension of time previously made in this matter.

IT IS SO STIPULATED.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 8th day of July, 2026.

**KELLER ROHRBACK L.L.P.**

*/s/ Juli E. Farris*
Juli E. Farris
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
jfarris@kellerrohrback.com

**ROBBINS GELLER RUDMAN & DOWD LLP**

Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
bcochran@rgrdlaw.com

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
surdman@rgrdlaw.com

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

Thomas Michaud
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
tmichaud@vmtlaw.com

*Counsel for Plaintiff City of St. Clair Shores Police and Fire Retirement System*

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Robert J. Maguire*
Robert J. Maguire
Teal Luthy Miller
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
robmaguire@dwt.com
tealmiller@dwt.com

**Covington & Burling LLP**

Jonathan M. Sperling
Robert C. Gianchetti
30 Hudson Yards
New York, NY 10001
Telephone: (212) 841-1000
jsperling@cov.com
rgianchetti@cov.com

*Counsel for Defendants Microsoft Corporation, Satya Nadella, Amy E. Hood, Jared Spataro, and Rajesh Jha*

*I certify that this memorandum contains 636 words, in compliance with the Local Civil Rules.*

**SO ORDERED.**

Dated this 9th day of July, 2026.

S. Kate Vaughan

S. KATE VAUGHAN
United States Magistrate Judge