UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF ST CLAIR SHORES
POLICE AND FIRE RETIREMENT
SYSTEM,

                    Plaintiff(s),

        v.

MICROSOFT CORPORATION et
al.,

                    Defendant(s).

CASE NO.
2:26−cv−02071−BJR

MINUTE ORDER REASSIGNING
CASE

This action has been assigned to the Honorable Barbara J. Rothstein, United States District Judge. All future documents filed in this case must bear the cause number 2:26−cv−02071−BJR and bear the Judge's name in the upper right hand corner of the document.

DATED July 21, 2026

                                    Joshua C. Lewis
                                    Clerk of Court

                                    By:  /s/ Stefanie Prather
                                         Deputy Clerk