The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT CORPORATION SECURITIES LITIGATION | No. 2:26-cv-02071-BJR<br><br>STIPULATION REGARDING SERVICE AND ORDER |

Lead Plaintiff National Pension Service, on behalf of the National Pension Fund, and additional named Plaintiff City of Roseville Police and Fire Retirement System ("Plaintiffs"), and Defendants Microsoft Corporation, Satya Nadella, Amy E. Hood, Mat McBride, Takeshi Numoto, and Jared Spataro, (collectively, "Defendants," and together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on June 12, 2026, City of St. Clair Shores Police and Fire Retirement System commenced this action and filed an initial complaint, asserting violations of the federal securities laws and naming Microsoft Corporation, Satya Nadella, Amy E. Hood, Jared Spataro, and Rajesh Jha as defendants (ECF No. 1);

WHEREAS, on July 8, 2026, the parties filed a stipulation setting the schedule for Plaintiffs' filing of an amended complaint within 60 days of the Court's entry of a Lead Plaintiff



BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

order, as well as a schedule for Defendants' response thereto (ECF No. 10) (the "Stipulated Schedule");

WHEREAS, on July 9, 2026, the Court so-ordered the parties' Stipulated Schedule (ECF No. 13);

WHEREAS, on September 8, 2026, the Court appointed National Pension Service, on behalf of the National Pension Fund, as Lead Plaintiff (ECF No. 50);

WHEREAS, on November 6, 2026, Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint," ECF No. 62), that added Mat McBride and Takeshi Numoto as Defendants and removed Rajesh Jha as a Defendant.

IT IS HEREBY STIPULATED AND AGREED among Plaintiffs, McBride, and Numoto that, subject to Court approval:

1. The undersigned counsel for Defendant McBride and Defendant Numoto is authorized to, and hereby does, accept service of the summons and the Amended Complaint in this Action on behalf of McBride and Numoto, without waiver of, or prejudice to, any of their rights or defenses, including, but not limited to, with respect to personal jurisdiction.

2. The Stipulated Schedule shall apply to all Parties, as follows:

    a. Defendants, including McBride and Numoto, will answer or otherwise respond to the Amended Complaint sixty (60) days after its filing;

    b. If Defendants move to dismiss, Plaintiffs will file their opposition sixty (60) days after that motion is filed; and

    c. Defendants, including McBride and Numoto, will file their reply thirty (30) days after Plaintiffs file their opposition.



BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

3. Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

IT IS SO STIPULATED.

DATED this 23rd day of November, 2026.

**BYRNES KELLER CROMWELL LLP**

*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665

*/s/ Joshua B. Selig*
Joshua B. Selig , WSBA #39628
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
jselig@byrneskeller.com

*Local Counsel for Lead Plaintiff and the Proposed Class*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas
Christine M. Fox
Jake Bissell-Linsk
Hui Chang
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
cvillegas@labaton.com
cfox@labaton.com
jbissell-linsk@labaton.com
hchang@labaton.com

*Lead Counsel for Lead Plaintiff and the Proposed Class*

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Teal Luthy Miller*
Robert J. Maguire
Teal Luthy Miller
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
robmaguire@dwt.com
tealmiller@dwt.com

**COVINGTON & BURLING LLP**

Jonathan M. Sperling
Robert C. Gianchetti
30 Hudson Yards
New York, NY 10001
Telephone: (212) 841-1000
jsperling@cov.com
rgianchetti@cov.com

*Counsel for Defendants Microsoft Corporation, Satya Nadella, Amy E. Hood, Jared Spataro, Mat McBride, and Takeshi Numoto*

**ROBBINS GELLER RUDMAN & DOWD LLP**

Spencer A. Burkholz
Matthew I. Alpert
Jack K. Scott
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
spenceb@rgrdlaw.com
malpert@rgrdlaw.com
jscott@rgrdlaw.com

**VMT LAW, P.C.**

Thomas Michaud 79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
tmichaud@vmtlaw.com

*Counsel for City of Roseville Police and Fire Retirement System and the Proposed Class*

*I certify that this stipulation contains 404 words, in compliance with the Local Civil Rules.*

**ORDER**

IT IS SO ORDERED.

Dated this 24th day of November 2026.

Barbara J Rothstein

The Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented by:

**BYRNES KELLER CROMWELL LLP**

*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665

*/s/ Joshua B. Selig*
Joshua B. Selig , WSBA #39628
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
jselig@byrneskeller.com

*Local Counsel for Lead Plaintiff and the Proposed Class*

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas
Christine M. Fox
Jake Bissell-Linsk
Hui Chang
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
cvillegas@labaton.com
cfox@labaton.com
jbissell-linsk@labaton.com
hchang@labaton.com

*Lead Counsel for Lead Plaintiff and the Proposed Class*